**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL WADDELL,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>               Defendant. | NO. ED CV 07-1370-E<br><br><br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

    DATED: July 2, 2008.

                                   _____/S/_____
                                         CHARLES F. EICK
                              UNITED STATES MAGISTRATE JUDGE