Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
11332 Mountain View Ave., Suite C
Loma Linda, California 92354
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MICHAEL WADDELL,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. EDCV 07-1370 E<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND TWO HUNDRED DOLLARS and 00/cents ($2,200.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 9/17/08   _____
HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-